UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SINGLETON,

        Plaintiff,

    v.

AARON LOWELL NIELSEN, *et al.*,

        Defendants.

CASE NO.  C07-0742RSM

ORDER OF SALE

    This matter comes before the Court on plaintiff James Singleton's motion for order of sale (Dkt. # 15) of property seized pursuant to the Court's March 9, 2007 Writ of Execution. (Dkt. #5). The property to be sold consists of two personal computer tower units, currently in the custody of the U.S. Marshals Service.

    Having considered plaintiff's motion, and the remainder of the record, the Court hereby finds and ORDERS:

    (1) Plaintiff's motion for order of sale is GRANTED.

    (2) The sale of the two personal computer tower units shall be conducted by the U.S. Marshals Service pursuant to the Local Admiralty Rules, and bids shall be accepted in $50 increments.

    DATED this __19__ day of September, 2007.

                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

ORDER OF SALE
PAGE - 1